IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY HEALTH SERVICES, et al.,<br><br>    Defendants. | No. C 13-5033 LHK (PR)<br><br>ORDER GRANTING MOTION TO TRANSFER FILING; ORDER OF DISMISSAL |

On October 29, 2013, plaintiff filed a copy of an amended complaint addressed to the Superior Court of California, County of Contra Costa which initiated these proceedings pursuant to 42 U.S.C. § 1983. On November 4, 2013, plaintiff filed a motion requesting transfer of filing under one case to apply to another case. (Docket No. 4.) Plaintiff states that he did not intend to file a new civil complaint with the October 29, 2013, filing of an amended complaint, but instead he intended to file the document as an exhibit to his opposition to defendants' motion to dismiss filed October 25, 2013, in case number 5:13-cv-0307. Plaintiff filed an identical motion in case number CV 5:13-0307. (*See* Docket No. 46.)

Plaintiff's requests is **GRANTED**. The Clerk is instructed to file docket number 1 of these proceedings, as an exhibit to plaintiff's opposition to defendants' motion to dismiss filed October 25, 2013, (docket no. 24), in case number 13-cv-0307. As the instant case was filed in error, it shall be **DISMISSED** without prejudice. The Clerk shall close the file.

Order Granting Mot. to Transfer Filing; Order of Dismissal
G:\PRO-SE\LHK\CR.13\Anderson033dism-error.wpd

IT IS SO ORDERED.

DATED: 12/11/13

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Denying Motion for Intradistrict Transfer
G:\PRO-SE\LHK\CR.13\Anderson033dism-error.wpd   2