IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. ANDERSON, | No. C 13-5033 LHK (PR) |
| Plaintiff, | ORDER GRANTING MOTION TO TRANSFER FILING; NOTICE OF DISMISSAL |
| v. | |
| COUNTY HEALTH SERVICES, et al., | |
| Defendants. | |

On October 29, 2013, plaintiff filed a copy of an amended complaint addressed to the Superior Court of California, County of Contra Costa, which initiated these proceedings pursuant to 42 U.S.C. § 1983. On November 4, 2013, plaintiff filed a motion requesting transfer of this amended complaint to another case. (Docket No. 4.) Plaintiff states that he did not intend to file an amended complaint in this case. Rather, he intended to file the document as an exhibit to his opposition to defendants' motion to dismiss filed in *Anderson v. Clawson, et al.*, No. 5:13-cv-0307-LHK. Plaintiff's motion is **GRANTED**. The Clerk is instructed to file docket number 1 of these proceedings, as an exhibit to plaintiff's opposition (docket no. 44) to defendants' motion to dismiss in *Anderson*, No. 5:13-cv-0307-LHK. As the instant case was filed in error, it shall be **DISMISSED** without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/11/13

LUCY H. KOH
United States District Judge

Order Granting Motion to Transfer Filing; Notice of Dismissal
G:\PRO-SE\LHK\CR.13\Anderson033dism-error.wpd